## STATE v. BILL STEVE HUTCHINSON.

### (Filed 9 October 1963.)

APPEAL by defendant from *Campbell, J.,* July 1963 Regular "A" Criminal Session, of MECKLENBURG.

This is a criminal action, tried upon a bill of indictment, charging the defendant with the offense of armed robberty. From a verdict of guilty of common law robbery and sentence pronounced thereon, the defendant appeals, assigning error.

*Attorney General Bruton, Deputy Attorney General Harry W. Mc-Galliard for the State.*
*Ray Rankin for the defendant.*

PER CURIAM. The appellant assigns as error the refusal of the court below to grant his motion for judgment as of nonsuit.

A careful examination of the State's evidence reveals its sufficiency to support the verdict and judgment entered below.

No prejudicial error that would justify a new trial has been shown, consequently, the verdict and judgment will be upheld.

Affirmed.